CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 10-7258                                                    DIVISION

STATE OF LOUISIANA ex rel LEON A. CANNIZZARO, JR.
DISTRICT ATTORNEY FOR THE PARISH OF ORLEANS

VERSUS

BP EXPLORATION & PRODUCTION, INC.,
BP PRODUCTS NORTH AMERICA, INC. and BP AMERICA, INC.

SECTION 12

FILED: _____     _____
                                      DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Leon A. Cannizzaro, Jr., District Attorney for the Parish of Orleans, State of Louisiana, on behalf of the State of Louisiana, and alleges as follows:

1.

Made Defendants herein are:

(a) BP EXPLORATION & PRODUCTION INC., a foreign corporation authorized to do and doing business in the State of Louisiana, and can be served through its registered agent for service of process, C T Corporation System, 5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana, 70808;

(b) BP PRODUCTS NORTH AMERICA, INC., a foreign corporation authorized to do and doing business in the State of Louisiana, and can be served through its registered agent for service of process, The Prentice-Hall Corporation System, Inc, 320 Somerulos Street, Baton Rouge, Louisiana, 70802-6129; and

(c) BP AMERICA, INC., a foreign corporation authorized to do and doing business in the State of Louisiana, and can be served through its registered agent for service of process C T Corporation System, 5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana, 70808.

## JURISDICTION AND VENUE

2.

The following action is a claim solely for civil penalties for harm to wildlife brought by the District Attorney for the Parish of Orleans on behalf the State of Louisiana pursuant to LSA-R.S. 56:40.1 *et seq.*

3.

Within the Parish of Orleans, State of Louisiana, the Defendants have killed, and/or injured fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in violation of Title 56 (hereinafter referred to as "Title").

4.

This Court has jurisdiction over suits for violation of the Title pursuant to La.-R.S. 56:45; La-R.S. 56:47, and La-R.S. 56:48.

5.

Venue for the prosecution of this action in this district is proper under La. R.S. 56:40.5 which provides that a suit for recovery of civil penalties brought under La. R.S. 56:40.1 *et seq.* may be brought in the parish in which the violation occurred.

6.

The district attorney of the parish in which the violation occurred, in this case, the Parish of Orleans, State of Louisiana, may bring a civil suit under La. R.S. 56:40.1 *et seq.* in the name of the state to recover civil penalties for the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life unlawfully killed, caught, taken, possessed, or injured. La. R.S. 56:40.4.

## FACTUAL ALLEGATIONS

7.

Upon information and belief, at all times material herein, BP EXPLORATION & PRODUCTION INC., BP, PLC, BP PRODUCTS NORTH AMERICA, INC., and BP AMERICA, INC., were the owners of the MMS Mineral Lease G32306 (hereinafter sometimes referred to as the "Lease"), and the minerals produced from the "Lease".

8.

Upon information and belief, at all times material herein, BP EXPLORATION & PRODUCTION INC. was the operator of the Lease.

-2-

9.

On April 20, 2010, a fire, explosion and resulting spill of oil and other minerals, contaminants and/or pollution not yet identified occurred at the site of the Deep Water Horizon rig operated on the Lease, in the Gulf of Mexico, located approximately 52 miles southeast of the port of Venice, Louisiana (hereinafter sometimes referred to as the "oil spill"). The spill continues until today at an as-of-yet un-quantified rate, which upon information and belief is well in excess of 60,000 barrels per day.

10.

The oil spill remains uncontained and has entered into and continues to enter into the waters of the State of Louisiana, including Orleans Parish, and the waters of the state in the Gulf of Mexico, causing the unlawful killing, catching, taking, possessing or injuring of fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in violation of the Title within the Parish of Orleans.

11.

Defendants at all times material herein owned the contents of the oil spill and/or caused the oil spill which continues to date to inflict death and injury to the fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in the Parish of Orleans, State of Louisiana.

12.

As a result of the spill, the Defendants have unlawfully killed, and/or injured fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in violation of the Title within the Parish of Orleans, State of Louisiana.

13.

The Defendants are jointly, severally, and in solido liable to Plaintiff for the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life, unlawfully killed, caught, taken, possessed, or injured, plus attorney fees and costs of these proceedings pursuant to La. R.S. 56:40.1, *et seq.*

14.

Plaintiff asserts only those causes of action specifically pled in this petition, and which have occurred within the Parish of Orleans, State of Louisiana, which causes of action arise solely under the provisions of La. R.S. 56:40.1 *et seq.* Notwithstanding any language in this petition to the

contrary, Plaintiff does not plead, and will never at any time in the future plead, any claim or cause of action arising under any federal law, and asserts no such claims or cause of action herein. To the extent any state law claims expressed or implied in this petition are preempted by federal law, such claims are not alleged herein.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against Defendants, jointly, severally and in solido, as follows:

a.  In a sum equal to the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life, unlawfully killed, caught, taken, possessed, or injured as determined in accordance with La.-R.S. 56:40.2;

b.  Pre-judgment and post-judgment interest at the maximum rate allowable by law;

c.  Attorney's fees and costs of litigation pursuant to La.-R.S. 56:40.3;

d.  Such other and further relief available in the premises.

Respectfully Submitted:

FRED L. HERMAN (06811)
Assistant District Attorney/
Special Counsel for the Orleans Parish District Attorney
1010 Common Street, Suite 3000
New Orleans, Louisiana 70112
T: 504.212.4161
F: 504.581.7083
*Assistant District Attorney/*
*Special Counsel for the Orleans Parish District Attorney*

LEON A. CANNIZZARO, JR. (#)
District Attorney for the Parish of Orleans
2601 Tulane Avenue, 10th Floor
New Orleans Louisiana, 70119
T: 504.822.2414
*District Attorney for the Parish of Orleans,*
*State of Louisiana*

MURRAY LAW FIRM
Stephen B. Murray (9858)
Stephen B. Murray, Jr. (23877)
Arthur M. Murray (27694)
James R. Dugan, II (24785)
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
T: 504.525.8100
F: 504.584.5249
*Retained Counsel for the District Attorney for the Parish of*
*Orleans*

COSSICH, SUMICH, PARSIOLA & TAYLOR
Philip F. Cossich, Jr. (1788)
David A. Parsiola (21005)
Christina Cossich deYoung (32407)
Darin S. Britt (31639)
8397 Highway 23, Suite 100
Belle Chasse, Louisiana 70037
T:   504.394.9000
F:   504.394.9110
*Retained Counsel for the District Attorney for the Parish of Orleans*


HERMAN, HERMAN, KATZ & COTLAR
Stephen J. Herman (Bar No. )
820 O'Keefe Avenue
New Orleans, Louisiana 70113
T:   504.581.4892
F:   504.561.6024
*Retained Counsel for the District Attorney for the Parish of Orleans*

LANDRY & SWARR, LLC
Mickey P. Landry (#22817)
Frank J. Swarr (#23322)
David R. Cannella (#26231)
Philip C. Hoffman (#32277)
1010 Common Street, Suite 2050
New Orleans, Louisiana 70112
T:   504.299.1214
F:   504.299.1215
*Retained Counsel for the District Attorney for the Parish of Orleans*

SERVICE INSTRUCTIONS:

PLEASE ISSUE CITATIONS FOR SERVICE PLAINTIFFS' COUNSEL PURSUANT TO R.S. 13:3204 (Long Arm Statute)

1. BP EXPLORATION & PRODUCTION INC.,
   through its registered agent for service of process,
   C T Corporation System
   5615 Corporate Boulevard, Suite 400B
   Baton Rouge, Louisiana, 70808

2. BP PRODUCTS NORTH AMERICA, INC.,
   through its registered agent for service of process,
   The Prentice-Hall Corporation System, Inc,
   320 Somerulos Street
   Baton Rouge, Louisiana, 70802

3. BP AMERICA, INC.
   through its registered agent for service of process,
   C T Corporation System
   5615 Corporate Boulevard, Suite 400B
   Baton Rouge, Louisiana, 70808

 **CT Corporation**

**Service of Process Transmittal**
07/20/2010
CT Log Number 516973678

**TO:** Tara Lindsey
BP America Inc.
501 WestLake Park Blvd., Vendor: 0080178147
Houston, TX 77079-

**RE:** **Process Served in Louisiana**

**FOR:** BP Exploration & Production, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | State of Louisiana ex rel Leon A. Cannizzaro, Jr., etc. vs. BP Exploration & Production, Inc., et al. |
| **DOCUMENT(S) SERVED:** | Citation, Petition |
| **COURT/AGENCY:** | Orleans Civil District Court, Parish of Orleans, LA<br>Case # 2010 - 07258 |
| **NATURE OF ACTION:** | 04/20/10, a fire, explosion and resulting spill of oil and other minerals contaminants and/or pollution not yet identified at the site of the Deep Water Horizon rig, in the Gulf of Mexico-Seeking damages equal to the value of each fish, wild bird, wild quadruped, and other wildlife and acquatic life, unlawfully killed, caught, taken, possessed, or injured |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 07/20/2010 at 08:25 |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after service |
| **ATTORNEY(S) / SENDER(S):** | Fred L. Herman<br>Ste 3000, 1010 Common St.<br>New Orleans, LA 70112-2401<br>504-212-4161 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/20/2010, Expected Purge Date: 07/25/2010<br>Image SOP<br>Email Notification, Melanie Johnson Melanie.Johnson@bp.com<br>Email Notification, Malika Herring malika.herring@bp.com<br>Email Notification, Tara Lindsey tara.lindsey@bp.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Lisa Uttech |
| **ADDRESS:** | 5615 Corporate Blvd<br>Suite 400B<br>Baton Rouge, LA 70808 |
| **TELEPHONE:** | 225-922-4490 |

Page 1 of 1 / RS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

ATTORNEY'S NAME: Herman, Fred 06819
AND ADDRESS: Ste 3000, 1010 Common St,
New Orleans  LA  70112-2401

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:   2010 -- 07258         1                                                    SECTION:   12 -- H

STATE OF LOUISIANA    ETAL versus BP EXPLORATION & PRODUCTION, INC.   ET AL

# CITATION

TO: BP EXPLORATION & PRODUCTION, INC.
THROUGH: IT'S REGISTERED AGENT FOR SERVICE OF PROCESS: CT
CORPORATION SYSTEM
5615 CORPORATE BOULEVARD, SUITE 400 B.

BATON ROUGE,                        LA    70808

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
FOR DAMAGES
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of
this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the
service hereof under penalty of default

**ADDITIONAL INFORMATION**
Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer
Referral Service at 561- 8828. This Referral Service operates in conjunction with the New Orleans Bar Association.
If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you
may call 529 - 1000 for more information.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for
the Parish of Orleans, State of LA    July 16, 2010

Clerk's Office, Room 402, Civil Courts Building,            DALE N. ATKINS, Clerk of
421 Loyola Avenue                                           The Civil District Court
New Orleans, LA                                             for the Parish of Orleans
                                                            State of LA
                                                            by _____
                                                                              Deputy Clerk

**SHERIFF'S RETURN**
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the w/i petition FOR DAMAGES | On this _____ day of _____ _____ served a copy of the w/i petition FOR DAMAGES |
| On BP EXPLORATION & PRODUCTION, INC. | On BP EXPLORATION & PRODUCTION, INC. |
| THROUGH: IT'S REGISTERED AGENT FOR SERVICE OF PROCESS: CT CORPORATION SYSTEM | THROUGH: IT'S REGISTERED AGENT FOR SERVICE OF PROCESS: CT CORPORATION SYSTEM by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____ BP EXPLORATION & PRODUCTION, INC. |
| Returned same day   No. _____ Deputy Sheriff of _____ Mileage: $ _____ | |
| _____ / ENTERED / _____ PAPER                   RETURN ___ / ___ / ___ SERIAL NO.  DEPUTY   PARISH | being absent from the domicile at time of said service. Returned same day   No. _____ Deputy Sheriff of _____ |

10-7258

FILED 2009 JUL 14 P 3:11 CIVIL DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. _____  DIVISION H : 12

STATE OF LOUISIANA ex rel LEON A. CANNIZZARO, JR.
DISTRICT ATTORNEY FOR THE PARISH OF ORLEANS

VERSUS

BP EXPLORATION & PRODUCTION, INC.,
BP PRODUCTS NORTH AMERICA, INC. and BP AMERICA, INC.

FILED: _____   _____
                                        DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Leon A. Cannizzaro, Jr., District Attorney for the Parish of Orleans, State of Louisiana, on behalf of the State of Louisiana, and alleges as follows:

1.

Made Defendants herein are:

(a) BP EXPLORATION & PRODUCTION INC., a foreign corporation authorized to do and doing business in the State of Louisiana, and can be served through its registered agent for service of process, C T Corporation System, 5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana, 70808;

(b) BP PRODUCTS NORTH AMERICA, INC., a foreign corporation authorized to do and doing business in the State of Louisiana, and can be served through its registered agent for service of process, The Prentice-Hall Corporation System, Inc, 320 Somerulos Street, Baton Rouge, Louisiana, 70802-6129; and

(c) BP AMERICA, INC., a foreign corporation authorized to do and doing business in the State of Louisiana, and can be served through its registered agent for service of process C T Corporation System, 5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana, 70808.

-1-

## JURISDICTION AND VENUE

2.

The following action is a claim solely for civil penalties for harm to wildlife brought by the District Attorney for the Parish of Orleans on behalf the State of Louisiana pursuant to LSA-R.S. 56:40.1 *et seq.*

3.

Within the Parish of Orleans, State of Louisiana, the Defendants have killed, and/or injured fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in violation of Title 56 (hereinafter referred to as "Title").

4.

This Court has jurisdiction over suits for violation of the Title pursuant to La.-R.S. 56:45; La-R.S. 56:47, and La-R.S. 56:48.

5.

Venue for the prosecution of this action in this district is proper under La. R.S. 56:40.5 which provides that a suit for recovery of civil penalties brought under La. R.S. 56:40.1 *et seq.* may be brought in the parish in which the violation occurred.

6.

The district attorney of the parish in which the violation occurred, in this case, the Parish of Orleans, State of Louisiana, may bring a civil suit under La. R.S. 56:40.1 *et seq.* in the name of the state to recover civil penalties for the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life unlawfully killed, caught, taken, possessed, or injured. La. R.S. 56:40.4.

## FACTUAL ALLEGATIONS

7.

Upon information and belief, at all times material herein, BP EXPLORATION & PRODUCTION INC., BP, PLC, BP PRODUCTS NORTH AMERICA, INC., and BP AMERICA, INC., were the owners of the MMS Mineral Lease G32306 (hereinafter sometimes referred to as the "Lease"), and the minerals produced from the "Lease".

8.

Upon information and belief, at all times material herein, BP EXPLORATION & PRODUCTION INC. was the operator of the Lease.

9.

On April 20, 2010, a fire, explosion and resulting spill of oil and other minerals, contaminants and/or pollution not yet identified occurred at the site of the Deep Water Horizon rig operated on the Lease, in the Gulf of Mexico, located approximately 52 miles southeast of the port of Venice, Louisiana (hereinafter sometimes referred to as the "oil spill"). The spill continues until today at an as-of-yet un-quantified rate, which upon information and belief is well in excess of 60,000 barrels per day.

10.

The oil spill remains uncontained and has entered into and continues to enter into the waters of the State of Louisiana, including Orleans Parish, and the waters of the state in the Gulf of Mexico, causing the unlawful killing, catching, taking, possessing or injuring of fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in violation of the Title within the Parish of Orleans.

11.

Defendants at all times material herein owned the contents of the oil spill and/or caused the oil spill which continues to date to inflict death and injury to the fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in the Parish of Orleans, State of Louisiana.

12.

As a result of the spill, the Defendants have unlawfully killed, and/or injured fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in violation of the Title within the Parish of Orleans, State of Louisiana.

13.

The Defendants are jointly, severally, and in solido liable to Plaintiff for the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life, unlawfully killed, caught, taken, possessed, or injured, plus attorney fees and costs of these proceedings pursuant to La. R.S. 56:40.1, *et seq.*

14.

Plaintiff asserts only those causes of action specifically pled in this petition, and which have occurred within the Parish of Orleans, State of Louisiana, which causes of action arise solely under the provisions of La. R.S. 56:40.1 *et seq.* Notwithstanding any language in this petition to the

-3-

contrary, Plaintiff does not plead, and will never at any time in the future plead, any claim or cause of action arising under any federal law, and asserts no such claims or cause of action herein. To the extent any state law claims expressed or implied in this petition are preempted by federal law, such claims are not alleged herein.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against Defendants, jointly, severally and in solido, as follows:

a. In a sum equal to the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life, unlawfully killed, caught, taken, possessed, or injured as determined in accordance with La.-R.S. 56:40.2;

b. Pre-judgment and post-judgment interest at the maximum rate allowable by law;

c. Attorney's fees and costs of litigation pursuant to La.-R.S. 56:40.3;

d. Such other and further relief available in the premises.

Respectfully Submitted:

FRED L. HERMAN (06811)
Assistant District Attorney/
Special Counsel for the Orleans Parish District Attorney
1010 Common Street, Suite 3000
New Orleans, Louisiana 70112
T: 504.212.4161
F: 504.581.7083
*Assistant District Attorney/*
*Special Counsel for the Orleans Parish District Attorney*

LEON A. CANNIZZARO, JR. (# )
District Attorney for the Parish of Orleans
2601 Tulane Avenue, 10th Floor
New Orleans Louisiana, 70119
T: 504.822.2414
*District Attorney for the Parish of Orleans,*
*State of Louisiana*

MURRAY LAW FIRM
Stephen B. Murray (9858)
Stephen B. Murray, Jr. (23877)
Arthur M. Murray (27694)
James R. Dugan, II (24785)
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
T: 504.525.8100
F: 504.584.5249
*Retained Counsel for the District Attorney for the Parish of Orleans*

A TRUE COPY
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

-4-

COSSICH, SUMICH, PARSIOLA & TAYLOR
Philip F. Cossich, Jr. (1788)
David A. Parsiola (21005)
Christina Cossich deYoung (32407)
Darin S. Britt (31639)
8397 Highway 23, Suite 100
Belle Chasse, Louisiana 70037
T:   504.394.9000
F:   504.394.9110
*Retained Counsel for the District Attorney for the Parish of Orleans*

HERMAN, HERMAN, KATZ & COTLAR
Stephen J. Herman (Bar No. )
820 O'Keefe Avenue
New Orleans, Louisiana 70113
T:   504.581.4892
F:   504.561.6024
*Retained Counsel for the District Attorney for the Parish of Orleans*

LANDRY & SWARR, LLC
Mickey P. Landry (#22817)
Frank J. Swarr (#23322)
David R. Cannella (#26231)
Philip C. Hoffman (#32277)
1010 Common Street, Suite 2050
New Orleans, Louisiana 70112
T:   504.299.1214
F:   504.299.1215
*Retained Counsel for the District Attorney for the Parish of Orleans*

SERVICE INSTRUCTIONS:

PLEASE ISSUE CITATIONS FOR SERVICE PLAINTIFFS' COUNSEL PURSUANT TO R.S. 13:3204 (Long Arm Statute)

1.  BP EXPLORATION & PRODUCTION INC.,
    through its registered agent for service of process,
    C T Corporation System
    5615 Corporate Boulevard, Suite 400B
    Baton Rouge, Louisiana, 70808

2.  BP PRODUCTS NORTH AMERICA, INC.,
    through its registered agent for service of process,
    The Prentice-Hall Corporation System, Inc,
    320 Somerulos Street
    Baton Rouge, Louisiana, 70802

3.  BP AMERICA, INC.
    through its registered agent for service of process,
    C T Corporation System
    5615 Corporate Boulevard, Suite 400B
    Baton Rouge, Louisiana, 70808

-5-

 **CT Corporation**

**Service of Process Transmittal**
07/20/2010
CT Log Number 516973834

**TO:** Tara Lindsey
BP America Inc.
501 WestLake Park Blvd., Vendor: 0080178147
Houston, TX 77079-

**RE:** Process Served in Louisiana

**FOR:** BP America Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**TITLE OF ACTION:** State of Louisiana ex rel Leon A. Cannizzaro, Jr., etc. vs. BP Exploration & Production, Inc., et al. including BP America, Inc.

**DOCUMENT(S) SERVED:** Citation, Petition

**COURT/AGENCY:** Orleans Civil District Court, Parish of Orleans, LA
Case # 2010 - 07258

**NATURE OF ACTION:** 04/20/10, a fire, explosion and resulting spill of oil and other minerals contaminants and/or pollution not yet identified at the site of the Deep Water Horizon rig, in the Gulf of Mexico-Seeking damages equal to the value of each fish, wild bird, wild quadrupled, and other wildlife and acquatic life, unlawfully killed, caught, taken, possessed, or injured

**ON WHOM PROCESS WAS SERVED:** C T Corporation System, Baton Rouge, LA

**DATE AND HOUR OF SERVICE:** By Process Server on 07/20/2010 at 08:25

**APPEARANCE OR ANSWER DUE:** Within 15 days after service

**ATTORNEY(S) / SENDER(S):** Fred L. Herman
Ste 3000, 1010 Common St.
New Orleans, LA 70112-2401
504-212-4161

**ACTION ITEMS:** CT has retained the current log, Retain Date: 07/20/2010, Expected Purge Date: 07/25/2010
Image SOP
Email Notification, Melanie Johnson Melanie.Johnson@bp.com
Email Notification, Malika Herring malika.herring@bp.com
Email Notification, Tara Lindsey tara.lindsey@bp.com

**SIGNED:** C T Corporation System
**PER:** Lisa Uttech
**ADDRESS:** 5615 Corporate Blvd
Suite 400B
Baton Rouge, LA 70808
**TELEPHONE:** 225-922-4490

Page 1 of 1 / RS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

ATTORNEY'S NAME: Herman, Fred 06811
AND ADDRESS: Ste 3000, 1010 Common St
New Orleans   LA 70112-2401

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO: 2010 -- 07258   2                                       SECTION:   12 -- H

STATE OF LOUISIANA   ETAL versus BP EXPLORATION & PRODUCTION, INC.   ET AL

# CITATION

TO: BP AMERICA, INC.
THROUGH: IT'S REGISTERED AGENT FOR SERVICE OF PROCESS: CT
CORPORATION SYSTEM
5615 CORPORATE BOULEVARD, SUITE 400 B.

BATON ROUGE                    LA   70808

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
FOR DAMAGES
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

**ADDITIONAL INFORMATION**
Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 561- 8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you may call 529 - 1000 for more information.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA     July 16, 2010

Clerk's Office, Room 402, Civil Courts Building,          DALE N. ATKINS, Clerk of
421 Loyola Avenue                                         The Civil District Court
New Orleans, LA                                           for the Parish of Orleans
                                                          State of LA
                                                          by _____
                                                                          Deputy Clerk

## SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the w/i petition FOR DAMAGES | On this _____ day of _____ _____ served a copy of the w/i petition FOR DAMAGES |
| On BP AMERICA, INC. | On BP AMERICA, INC. |
| THROUGH: IT'S REGISTERED AGENT FOR SERVICE OF PROCESS: CT CORPORATION SYSTEM | THROUGH: IT'S REGISTERED AGENT FOR SERVICE OF PROCESS: CT CORPORATION SYSTEM by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____ BP AMERICA, INC. |
| Returned same day _____ No. _____ Deputy Sheriff of _____ Mileage: $ _____ | |
| _____ / ENTERED / _____ PAPER      RETURN ___/____/____ SERIAL NO.  DEPUTY  PARISH | being absent from the domicile at time of said service. Returned same day _____ No. _____ Deputy Sheriff of _____ |

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 10-7258                                       DIVISION H :12

STATE OF LOUISIANA ex rel LEON A. CANNIZZARO, JR.
DISTRICT ATTORNEY FOR THE PARISH OF ORLEANS

VERSUS

BP EXPLORATION & PRODUCTION, INC.,
BP PRODUCTS NORTH AMERICA, INC. and BP AMERICA, INC.

FILED: _____    _____
                                   DEPUTY CLERK

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes Leon A. Cannizzaro, Jr., District Attorney for the Parish of Orleans, State of Louisiana, on behalf of the State of Louisiana, and alleges as follows:

1.

Made Defendants herein are:

(a)     BP EXPLORATION & PRODUCTION INC., a foreign corporation authorized to do and doing business in the State of Louisiana, and can be served through its registered agent for service of process, C T Corporation System, 5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana, 70808;

(b)     BP PRODUCTS NORTH AMERICA, INC., a foreign corporation authorized to do and doing business in the State of Louisiana, and can be served through its registered agent for service of process, The Prentice-Hall Corporation System, Inc, 320 Somerulos Street, Baton Rouge, Louisiana, 70802-6129; and

(c)     BP AMERICA, INC., a foreign corporation authorized to do and doing business in the State of Louisiana, and can be served through its registered agent for service of process C T Corporation System, 5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana, 70808.

## JURISDICTION AND VENUE

2.

The following action is a claim solely for civil penalties for harm to wildlife brought by the District Attorney for the Parish of Orleans on behalf the State of Louisiana pursuant to LSA-R.S. 56:40.1 *et seq*.

3.

Within the Parish of Orleans, State of Louisiana, the Defendants have killed, and/or injured fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in violation of Title 56 (hereinafter referred to as "Title").

4.

This Court has jurisdiction over suits for violation of the Title pursuant to La.-R.S. 56:45; La-R.S. 56:47, and La-R.S. 56:48.

5.

Venue for the prosecution of this action in this district is proper under La. R.S. 56:40.5 which provides that a suit for recovery of civil penalties brought under La. R.S. 56:40.1 *et seq*. may be brought in the parish in which the violation occurred.

6.

The district attorney of the parish in which the violation occurred, in this case, the Parish of Orleans, State of Louisiana, may bring a civil suit under La. R.S. 56:40.1 *et seq*. in the name of the state to recover civil penalties for the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life unlawfully killed, caught, taken, possessed, or injured. La. R.S. 56:40.4.

## FACTUAL ALLEGATIONS

7.

Upon information and belief, at all times material herein, BP EXPLORATION & PRODUCTION INC., BP, PLC, BP PRODUCTS NORTH AMERICA, INC., and BP AMERICA, INC., were the owners of the MMS Mineral Lease G32306 (hereinafter sometimes referred to as the "Lease"), and the minerals produced from the "Lease".

8.

Upon information and belief, at all times material herein, BP EXPLORATION & PRODUCTION INC. was the operator of the Lease.

9.

On April 20, 2010, a fire, explosion and resulting spill of oil and other minerals, contaminants and/or pollution not yet identified occurred at the site of the Deep Water Horizon rig operated on the Lease, in the Gulf of Mexico, located approximately 52 miles southeast of the port of Venice, Louisiana (hereinafter sometimes referred to as the "oil spill"). The spill continues until today at an as-of-yet un-quantified rate, which upon information and belief is well in excess of 60,000 barrels per day.

10.

The oil spill remains uncontained and has entered into and continues to enter into the waters of the State of Louisiana, including Orleans Parish, and the waters of the state in the Gulf of Mexico, causing the unlawful killing, catching, taking, possessing or injuring of fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in violation of the Title within the Parish of Orleans.

11.

Defendants at all times material herein owned the contents of the oil spill and/or caused the oil spill which continues to date to inflict death and injury to the fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in the Parish of Orleans, State of Louisiana.

12.

As a result of the spill, the Defendants have unlawfully killed, and/or injured fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in violation of the Title within the Parish of Orleans, State of Louisiana.

13.

The Defendants are jointly, severally, and in solido liable to Plaintiff for the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life, unlawfully killed, caught, taken, possessed, or injured, plus attorney fees and costs of these proceedings pursuant to La. R.S. 56:40.1, *et seq.*

14.

Plaintiff asserts only those causes of action specifically pled in this petition, and which have occurred within the Parish of Orleans, State of Louisiana, which causes of action arise solely under the provisions of La. R.S. 56:40.1 *et seq.* Notwithstanding any language in this petition to the

contrary, Plaintiff does not plead, and will never at any time in the future plead, any claim or cause of action arising under any federal law, and asserts no such claims or cause of action herein. To the extent any state law claims expressed or implied in this petition are preempted by federal law, such claims are not alleged herein.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against Defendants, jointly, severally and in solido, as follows:

a. In a sum equal to the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life, unlawfully killed, caught, taken, possessed, or injured as determined in accordance with La.-R.S. 56:40.2;

b. Pre-judgment and post-judgment interest at the maximum rate allowable by law;

c. Attorney's fees and costs of litigation pursuant to La.-R.S. 56:40.3;

d. Such other and further relief available in the premises.

Respectfully Submitted:

FRED L. HERMAN (06811)
Assistant District Attorney/
Special Counsel for the Orleans Parish District Attorney
1010 Common Street, Suite 3000
New Orleans, Louisiana 70112
T:  504.212.4161
F:  504.581.7083
*Assistant District Attorney/*
*Special Counsel for the Orleans Parish District Attorney*

LEON A. CANNIZZARO, JR. (# )
District Attorney for the Parish of Orleans
2601 Tulane Avenue, 10th Floor
New Orleans Louisiana, 70119
T:  504.822.2414
*District Attorney for the Parish of Orleans,*
*State of Louisiana*

MURRAY LAW FIRM
Stephen B. Murray (9858)
Stephen B. Murray, Jr. (23877)
Arthur M. Murray (27694)
James R. Dugan, II (24785)
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
T:  504.525.8100
F:  504.584.5249
*Retained Counsel for the District Attorney for the Parish of Orleans*

A TRUE COPY
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

-4-

COSSICH, SUMICH, PARSIOLA & TAYLOR
Philip F. Cossich, Jr. (1788)
David A. Parsiola (21005)
Christina Cossich deYoung (32407)
Darin S. Britt (31639)
8397 Highway 23, Suite 100
Belle Chasse, Louisiana 70037
T:   504.394.9000
F:   504.394.9110
*Retained Counsel for the District Attorney for the Parish of Orleans*


HERMAN, HERMAN, KATZ & COTLAR
Stephen J. Herman (Bar No. )
820 O'Keefe Avenue
New Orleans, Louisiana 70113
T:   504.581.4892
F:   504.561.6024
*Retained Counsel for the District Attorney for the Parish of Orleans*

LANDRY & SWARR, LLC
Mickey P. Landry (#22817)
Frank J. Swarr (#23322)
David R. Cannella (#26231)
Philip C. Hoffman (#32277)
1010 Common Street, Suite 2050
New Orleans, Louisiana 70112
T:   504.299.1214
F:   504.299.1215
*Retained Counsel for the District Attorney for the Parish of Orleans*


SERVICE INSTRUCTIONS:

PLEASE ISSUE CITATIONS FOR SERVICE PLAINTIFFS' COUNSEL PURSUANT TO R.S. 13:3204 (Long Arm Statute)

1.  BP EXPLORATION & PRODUCTION INC.,
    through its registered agent for service of process,
    C T Corporation System
    5615 Corporate Boulevard, Suite 400B
    Baton Rouge, Louisiana, 70808

2.  BP PRODUCTS NORTH AMERICA, INC.,
    through its registered agent for service of process,
    The Prentice-Hall Corporation System, Inc,
    320 Somerulos Street
    Baton Rouge, Louisiana, 70802

3.  BP AMERICA, INC.
    through its registered agent for service of process,
    C T Corporation System
    5615 Corporate Boulevard, Suite 400B
    Baton Rouge, Louisiana, 70808